# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# (SOUTHERN DIVISION)

**CHAMBERS OF**
**THE HONORABLE GINA L. SIMMS**
**UNITED STATES MAGISTRATE JUDGE**
MDD_GLSChambers@mdd.uscourts.gov



**U.S. COURTHOUSE**
**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**(301) 344-0627 PHONE**
**(301) 344-8434 FAX**

**TO:** Counsel of Record

**RE:** *Amory v. Safeway, Inc.*
Case No. 8:19-cv-1108-GLS

**DATE:** May 24, 2019

\* \* \* \* \* \* \* \* \*

Dear Counsel:

The above-referenced case was referred to me for All Further Proceedings, pursuant to 28 U.S.C. § 636(c) (2009) and Local Rule 301.4, on May 3, 2019. [ECF No. 14].

The Court file reflects that parties were directed to file their consent to proceed before a Magistrate Judge forms. [ECF No. 14]. If you have not done so, you are directed to file the form by no later than Wednesday, May 29, 2019. The Scheduling Order that Judge Chuang entered on April 15, 2019, [ECF No. 8], will continue to govern this case. The deadline for the completion of Discovery and the submission of a Joint Status Report is **August 28, 2019**.

As you proceed with Discovery, please be mindful of Local Rule 104.

Finally, please note that my initials, as listed above, should be used on all further correspondence and filings with the Court.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/
The Honorable Gina L. Simms
United States Magistrate Judge